NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEPHALON, INC.,**
*Plaintiff-Appellee,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.,**
*Defendant-Appellants.*

---

2011-1326, -1371

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0724, Judge Sue L. Robinson.

---

Before PROST, *Circuit Judge.*

**O R D E R**

Watson Pharmaceuticals, Inc. et al. (Watson) moves to expedite these appeals. Cephalon, Inc. opposes. Watson replies. Watson also moves without opposition to consolidate this appeal with its appeal no. 2011-1371.

Watson may of course significantly self-expedite the case by filing their briefs early. Watson has not shown that the time for Cephalon to file its brief should be

shortened. Cephalon should not anticipate any extensions of time to file its brief. The case will be placed on the next available oral argument calendar after the briefing is completed, which is the usual course, and thus no motion is necessary to obtain that relief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to expedite is denied.

(2) The motion to consolidate is granted.

FOR THE COURT

___MAY 2 0 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William F. Lee, Esq.
   James K. Stronski, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2011

JAN HORBALY
CLERK